PER CURIAM.
Affirmed. See Young v. State, 141 So.3d 161 (Fla.2013); Alonzo v. State, 151 So.3d 1241 (Fla. 2d DCA 2014) (table decision); McDonald v. State, 133 So.3d 630 (Fla. 2d DCA 2013); Doby v. State, 25 So.3d 598 (Fla. 2d DCA 2009); Hughes v. State, 22 So.3d 132 (Fla. 2d DCA 2009); Waiter v. State, 965 So.2d 861 (Fla. 2d DCA 2007); Steward v. State, 931 So.2d 133 (Fla. 2d DCA 2006); Shortridge v. State, 884 So.2d 321 (Fla. 2d DCA 2004); Harris v. State, 777 So.2d 994 (Fla. 2d DCA 2000); Labadie v. State, 840 So.2d 332 (Fla. 5th DCA 2003); Paul v. State, 830 So.2d 953 (Fla. 5th DCA 2002); Hams v. State, 789 So.2d 1114 (Fla. 1st DCA 2001).
SILBERMAN, WALLACE, and SALARIO, JJ., Concur.